**Dennis NEWTON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 35800.

Court of Criminal Appeals of Texas.

May 22, 1963.

No attorney on appeal.

Stanley Kirk, Dist. Atty., Timothy D. Eyssen, Asst. Dist. Atty., Wichita Falls, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The State has filed a motion to dismiss this appeal and accompanies it with an affidavit showing that appellant has escaped jail. The motion is granted. The appeal is dismissed.